# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| NANCY R. MAYFIELD,<br><br>　　Plaintiff,<br><br>　　vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　Defendant. | Case No. C09-704-RSL<br><br><br>[~~PROPOSED~~] JUDGMENT AND ORDER OF REMAND |

Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, an Administrative Law Judge (ALJ) shall conduct a de novo hearing. The ALJ shall also re-assess the medical opinions and lay evidence of record. The ALJ shall also consider Plaintiff's obesity, and re-assess Plaintiff's mental impairments. Finally, as warranted, the ALJ shall re-assess Plaintiff's credibility and residual functional capacity.

Plaintiff is entitled to reasonable attorney fees and expenses pursuant to 28 U.S.C. § 2412(d), upon proper request to this Court.

JUDGMENT is entered for Plaintiff, and this case is closed.

DATED this 9th day of December 2009.

*signature*
Robert S. Lasnik
United States District Judge

Recommended for Entry
this 9th day of December 2009.

s/ Mary Alice Theiler
United States Magistrate Judge

Presented by:

s/ Mathew W. Pile
MATHEW W. PILE    WSB #32245
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Ave., Ste 2900, M/S 901
Seattle, WA 98104-7075
Phone:  (206) 615-3760
Fax:    (206) 615-2531
mathew.w.pile@ssa.gov

Of Attorneys for Defendant